## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

WALGREEN CO.,
200 Wilmot Road
Deerfield, Illinois 60015

        Petitioner,

   v.

HUMANA HEALTH PLAN, INC., HUMANA
INSURANCE COMPANY and HUMANA
PHARMACY SOLUTIONS, INC.,
500 West Main Street
Louisville, Kentucky 40202

        Respondents.

Civil Action No. 1:22-cv-307-ACR

## JOINT STATUS REPORT

Pursuant to the Court's May 25, 2023 Minute Order, Petitioner Walgreen Co. (Walgreens) and Respondents Humana Health Plan, Inc., Humana Insurance Company and Humana Pharmacy Solutions, Inc. (Humana) (collectively, the Parties) submit this Joint Status Report as to the status of: (1) the action in D.C. Superior Court (*Walgreen Co. v. Crowell & Moring LLP*, No. 2021-CA-000861-B) (the D.C. Superior Court Action), including whether a trial date has been set; (2) the appeal pending in the D.C. Court of Appeals; and (3) settlement negotiations, including identification of the outside counsel representing each party for settlement purposes.

### I.    STATUS OF THE D.C. SUPERIOR COURT ACTION

The D.C. Superior Court Action, *Walgreen Co. v. Crowell & Moring LLP*, No. 2021-CA-000861-B, pending before the Honorable Hiram Puig-Lugo, has been in discovery since the court denied the motion to dismiss Walgreens' amended complaint filed by Crowell & Moring (Crowell).  Since that time, the parties have exchanged and responded to written discovery.  In

December 2022, the Superior Court appointed a Special Master to resolve any outstanding discovery motions.  All pending motions have been resolved.

Crowell has taken nine depositions of Walgreens' witnesses, most of whom are lawyers who have served as either in-house or outside counsel to Walgreens.  Following the Court's recent order upholding Crowell's privilege assertions over certain documents Walgreens had sought, Walgreens plans to start taking depositions of Crowell's current and former employees in June 2023.

Humana has been permitted to intervene in the D.C. Superior Court Action for the limited purposes of requested a stay of Walgreens' preliminary injunction motion seeking to preclude Crowell from representing it and arguing regarding discovery into its own privileged or confidential information. On April 28, 2023, Walgreens moved for leave to amend its complaint to allege claims against Humana for aiding and abetting Crowell's breach of fiduciary duty, which Crowell has opposed.  If the Court grants Walgreens' motion, which will fully briefed by May 31, 2023, the parties anticipate further discovery as to these claims.

The D.C. Superior Court Action is not currently set for trial.  Crowell has demanded a trial by jury.  The parties have informed the court that the scheduling order needs to be revised with respect to the completion of discovery.  The parties expect to confer regarding a scheduling extension and submit a motion to extend the schedule.

## II.     STATUS OF THE APPEAL PENDING IN THE D.C. COURT OF APPEALS

On April 9, 2021, Walgreens filed a motion for a preliminary injunction in the D.C. Superior Court Action, seeking an order that would prohibit Crowell from continuing to represent Humana adversely to Walgreens in the arbitration then-pending before the American Arbitration Association on a matter that Walgreens asserts was the same or substantially related to Crowell's

prior representation of Walgreens.  On May 7, 2021, Humana filed a motion to intervene and then separately, on May 12, 2021, Humana filed a motion to compel Walgreens to arbitrate its claims for injunctive relief in the ongoing arbitration.  On May 26 and 27, 2021, the D.C. Superior Court granted Humana's motion to intervene and Humana's motion to compel and ordered Walgreens to present the question of its request for a preliminary injunction against Crowell in the then-ongoing arbitration between Humana and Walgreens.  Walgreens appealed this ruling to the D.C. Court of Appeals.

The parties fully briefed the appeal and appeared for oral argument on June 16, 2022.  On May 19, 2023, Humana notified the D.C. Court of Appeals that a final award had been issued in the arbitration and proceedings had been closed by the arbitrator.  The appeal remains pending.

### III.     STATUS OF SETTLEMENT NEGOTIATIONS

In March and April 2023, Walgreens and Humana engaged in a number of settlement negotiations related to the arbitration between Humana and Walgreens, including through:

- Discussions between Rick Gates, Walgreens Chief Pharmacy Officer and William Fleming, former President of Pharmacy Solutions and current Chief Corporate Affairs Officer at Humana;

- Discussions between Rosalind Brewer, Chief Executive Officer of Walgreens Boots Alliance, with Bruce Broussard, Chief Executive Officer of Humana; and

- A videoconference among in-house counsel for the parties, including Michael Freeman (Vice President, Head of Litigation, Employment and Regulatory Law, Walgreens), Peter Wilson (Senior Director & Managing Counsel, Government Litigation, Walgreens), Caroline Schiff (Assistant General Counsel, Litigation and Investigations, Humana), and Elizabeth Monahan (Vice President, Associate General Counsel, Litigation & Investigations, Humana).

As previously discussed with the Court, Humana advised Walgreens that if the parties did not reach settlement by 5 p.m. on April 12, 2023, Humana would proceed with filing its motion to confirm the award, after which Walgreens filed its motion for compliance with Your Honor's

standing order. The parties did not reach settlement and have not engaged in further settlement discussions since that time.

Reed Smith LLP is outside counsel representing Walgreens for settlement purposes, although it has not yet directly participated in any settlement discussions.  For Humana, settlement discussions to date have been handled by Humana's in-house lawyers with no direct involvement by outside counsel.  Humana's counsel of record in this proceeding, including attorneys from Crowell & Morning LLP and Eimer Stahl LLP, will represent Humana for settlement purposes.

Dated: May 31, 2023                 Respectfully submitted,

WALGREEN CO.

By: */s/ Frederick Robinson*
Frederick Robinson (D.C. Bar No. 367223)
Selina P. Coleman (D.C. Bar No. 991740)
David A. Bender (D.C. Bar No. 1030503)
REED SMITH LLP
T: 202-414-9200
1301 K Street N.W.
Suite 1000 – East Tower
Washington, D.C. 20005

*Counsel for Walgreens*

*/s/ Keith J. Harrison (with permission)*
Keith J. Harrison (D.C. Bar No. 416755)
Aryeh S. Portnoy (D.C. Bar No. 464507)
Kelly Hightower Hibbert (D.C. Bar No. 1006010)
Jed Wulfekotte (D.C. Bar No. 977671)
Justin D. Kingsolver (D.C. Bar No. 1033806)
Michael H. Pine (D.C. Bar No. 1046740)
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue NW
Washington, DC 20004
KHarrison@crowell.com
(202) 624-2500

Robert B. Gilmore (D.C. Bar No. 492424)
**STEIN MITCHELL BEATO & MISSNER LLP**
901 15th Street NW, Suite 700
Washington, DC 20005
RGilmore@steinmitchell.com
(202) 601-1589

*Counsel for Humana*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 31st day of May, 2023, a true and correct copy of this document was filed via the Court's CM/ECF system, and thereby served on Humana's counsel via email at the following email addresses:

Keith J. Harrison
kharrison@crowell.com

Aryeh S. Portnoy
aportnoy@crowell.com

George Ruttinger
gruttinger@crowell.com

Jed Wulfekotte
jwulfekotte@crowell.com

Justin D. Kingsolver
jkingsolver@crowell.com

Robert Gilmore
rgilmore@steinmitchell.com

Benjamin Waldin
bwaldin@eimerstahl.com

Scott C. Solberg
ssolberg@eimerstahl.com

<u>/s/ Frederick Robinson</u>
Frederick Robinson