# Exhibit A

*Walgreen Co. v. Humana et al.*
**Case No. 22-cv-307-ACR**

| | |
|---|---|
| **From:** | Robinson, Frederick |
| **Sent:** | Thursday, February 11, 2021 12:52 PM |
| **To:** | Schnorrenberg, David |
| **Cc:** | Coleman, Selina P. |
| **Subject:** | RE: Walgreen Co. |

We can talk at 2 and will send you a dial-in.  Thanks.

**Rick Robinson | Partner**
ReedSmith LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C.  20005-3373
Direct +1 202-414-9259
Mobile +1 202-262-4268
Fax +1 202-414-9299
frobinson@reedsmith.com
Pronouns: He/Him/His



**From:** Schnorrenberg, David <DSchnorrenberg@crowell.com>
**Sent:** Thursday, February 11, 2021 12:47 PM
**To:** Robinson, Frederick <FRobinson@reedsmith.com>
**Cc:** Coleman, Selina P. <SColeman@reedsmith.com>
**Subject:** RE: Walgreen Co.

EXTERNAL E-MAIL - From DSchnorrenberg@crowell.com

Rick,

I got your voicemail.  Unfortunately, today is jammed with meetings.  I have openings at 2 and 3, if either of those times work for you.

David

David M. Schnorrenberg
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 624-2664
Fax: (202) 628-5116
dschnorrenberg@crowell.com

**From:** Robinson, Frederick <FRobinson@reedsmith.com>
**Sent:** Thursday, February 11, 2021 10:49 AM
**To:** Schnorrenberg, David <DSchnorrenberg@crowell.com>
**Cc:** Coleman, Selina P. <SColeman@reedsmith.com>
**Subject:** Walgreen Co.

External Email

David,

I am following up on the voice mail that I left you a few minutes ago. As I stated, Reed Smith represents Walgreens in an arbitration matter where Crowell & Moring represents Humana. There is a conflict matter that has just come to our attention related to Walgreens' status as a former client of your firm. We believe that it appropriate to discuss this matter with you, in your capacity as your firm's General Counsel, as opposed to the Crowell & Moring litigation team that is now acting adversely to Walgreens in the arbitration. Accordingly, please let us know when you would be available for a call.

Thank you.

**Rick Robinson | Partner**
ReedSmith LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005-3373
Direct +1 202-414-9259
Mobile +1 202-262-4268
Fax +1 202-414-9299
frobinson@reedsmith.com
Pronouns: He/Him/His



\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01