# Exhibit D

*Walgreen Co. v. Humana et al.*
Case No. 22-cv-307-ACR

| | |
|---|---|
| **From:** | Kingsolver, Justin <JKingsolver@crowell.com> |
| **Sent:** | Wednesday, May 31, 2023 10:35 AM |
| **To:** | Coleman, Selina P. |
| **Cc:** | Harrison, Keith; Portnoy, Aryeh; Pine, Michael; Wulfekotte, Jed; Hibbert, Kelly; rgilmore@steinmitchell.com; Robinson, Rick; Bender, David A. |
| **Subject:** | Re: Draft Status Report |

==EXTERNAL E-MAIL - From JKingsolver@crowell.com==

Selina:

Humana would like to change the final sentence of the brief to this:

For Humana, settlement discussions to date have been handled by Humana's in-house lawyers with no direct involvement by outside counsel. Humana's counsel of record in this proceeding, including attorneys from Crowell & Morning LLP and Eimer Stahl LLP, will represent Humana for settlement purposes.

Thanks,
Justin

---
Justin D. Kingsolver



Crowell & Moring LLP


jkingsolver@crowell.com<mailto:JKingsolver@crowell.com>


+1.202.624.2927 direct

On May 31, 2023, at 7:17 AM, Coleman, Selina P. <SColeman@reedsmith.com> wrote:

 External Email

Counsel,

Following up on my email below, if we do not receive Humana's edits to the status report that we initially provided to Humana yesterday morning and which must be filed in less than an hour by 10:30 a.m., we will be asking the Court for an extension of both deadlines at 11 a.m. today, as we expect that Humana is not providing its edits because it does not want to reveal information that may affect Walgreens' forthcoming brief.

Best regards,
Selina

From: Coleman, Selina P. <SColeman@reedsmith.com>
Sent: Wednesday, May 31, 2023 8:56 AM
To: Kingsolver, Justin <JKingsolver@crowell.com>; Harrison, Keith <KHarrison@crowell.com>; Portnoy, Aryeh <APortnoy@crowell.com>; Pine, Michael <Mpine@crowell.com>; Wulfekotte, Jed <JWulfekotte@crowell.com>; Hibbert, Kelly <KHibbert@crowell.com>; RGilmore@steinmitchell.com
Cc: Robinson, Rick <FRobinson@reedsmith.com>; Bender, David A. <DBender@reedsmith.com>
Subject: RE: Draft Status Report

Counsel,

Touching base on the status.  Thanks very much.

Best regards,
Selina



From: Coleman, Selina P. <SColeman@reedsmith.com<mailto:SColeman@reedsmith.com>>
Date: Tuesday, May 30, 2023 at 10:38 PM
To: Kingsolver, Justin <JKingsolver@crowell.com<mailto:JKingsolver@crowell.com>>, Harrison, Keith <KHarrison@crowell.com<mailto:KHarrison@crowell.com>>, Portnoy, Aryeh <APortnoy@crowell.com<mailto:APortnoy@crowell.com>>, Pine, Michael <Mpine@crowell.com<mailto:Mpine@crowell.com>>, Wulfekotte, Jed <JWulfekotte@crowell.com<mailto:JWulfekotte@crowell.com>>, Hibbert, Kelly <KHibbert@crowell.com<mailto:KHibbert@crowell.com>>, RGilmore@steinmitchell.com<mailto:RGilmore@steinmitchell.com> <RGilmore@steinmitchell.com<mailto:RGilmore@steinmitchell.com>>
Cc: Robinson, Rick <FRobinson@reedsmith.com<mailto:FRobinson@reedsmith.com>>, Bender, David A. <DBender@reedsmith.com<mailto:DBender@reedsmith.com>>
Subject: RE: Draft Status Report

Counsel,

Thank you for the update.  The attached version has changes in red from HWG and from Zuckerman Spaeder.  Please note that Zuckerman Spaeder would like to see the final language for its section, including any changes from your team, before the status report is filed.

Best regards,
Selina

From: Kingsolver, Justin <JKingsolver@crowell.com<mailto:JKingsolver@crowell.com>>
Sent: Tuesday, May 30, 2023 8:08 PM
To: Coleman, Selina P. <SColeman@reedsmith.com<mailto:SColeman@reedsmith.com>>; Harrison, Keith <KHarrison@crowell.com<mailto:KHarrison@crowell.com>>; Portnoy, Aryeh <APortnoy@crowell.com<mailto:APortnoy@crowell.com>>; Pine, Michael <Mpine@crowell.com<mailto:Mpine@crowell.com>>; Wulfekotte, Jed <JWulfekotte@crowell.com<mailto:JWulfekotte@crowell.com>>; Hibbert, Kelly <KHibbert@crowell.com<mailto:KHibbert@crowell.com>>; RGilmore@steinmitchell.com<mailto:RGilmore@steinmitchell.com>
Cc: Robinson, Rick <FRobinson@reedsmith.com<mailto:FRobinson@reedsmith.com>>; Bender, David A. <DBender@reedsmith.com<mailto:DBender@reedsmith.com>>
Subject: RE: Draft Status Report

EXTERNAL E-MAIL - From JKingsolver@crowell.com<mailto:JKingsolver@crowell.com>
Selina:

We are conferring with our client regarding the open issues identified in the status report, and we expect to be able to respond early tomorrow morning, in advance of the Court's 11:00am ET deadline, with our revisions.

Thanks,
Justin

Justin D. Kingsolver



Crowell & Moring LLP


jkingsolver@crowell.com<mailto:JKingsolver@crowell.com>



+1.202.624.2927 direct









External Signed
From: Coleman, Selina P. <SColeman@reedsmith.com<mailto:SColeman@reedsmith.com>>

3

Sent: Tuesday, May 30, 2023 6:42 AM
To: Harrison, Keith <KHarrison@crowell.com<mailto:KHarrison@crowell.com>>; Portnoy, Aryeh <APortnoy@crowell.com<mailto:APortnoy@crowell.com>>; Kingsolver, Justin <JKingsolver@crowell.com<mailto:JKingsolver@crowell.com>>; Pine, Michael <Mpine@crowell.com<mailto:Mpine@crowell.com>>; Wulfekotte, Jed <JWulfekotte@crowell.com<mailto:JWulfekotte@crowell.com>>; Hibbert, Kelly <KHibbert@crowell.com<mailto:KHibbert@crowell.com>>; RGilmore@steinmitchell.com<mailto:RGilmore@steinmitchell.com>
Cc: Robinson, Rick <FRobinson@reedsmith.com<mailto:FRobinson@reedsmith.com>>; Bender, David A. <DBender@reedsmith.com<mailto:DBender@reedsmith.com>>
Subject: Draft Status Report

External Email
Counsel,

As requested by the Court, please find attached a draft status report.  Although we may have further edits, in the interest of time, we wanted to share our current draft with you now.  We also plan to share the relevant portions with Crowell's counsel in the D.C. Superior Court action and Humana's counsel in the D.C. Court of Appeals action.

We would appreciate receiving any proposed edits and comments by 3 p.m. Eastern so that we may finalize and submit by our deadline of 11 Eastern tomorrow.

Best regards,
Selina

Selina Coleman
scoleman@reedsmith.com<mailto:scoleman@reedsmith.com>
https://www.linkedin.com/in/selinacoleman/<https://urldefense.com/v3/__https:/www.linkedin.com/in/selinacoleman/__;!!LB4zUoiJ9F1unGg!oPPPNDZ1bY9z3Ouc8bsvGlb6ErfOxVX_dlP6iGmn_kdftIO_eXagNp7O77vcMk-QH2IDjioICVMEIxqKZlxL8p8$>
she/her/hers
202-414-9220

ReedSmithLLP
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005-3373
Main +1 202-414-9200
Fax +1 202-414-9299



* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01