UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WALGREEN CO.,<br>200 Wilmot Road<br>Deerfield, Illinois 60015<br><br>        Petitioner,<br><br>  v.<br><br>HUMANA HEALTH PLAN, INC., HUMANA INSURANCE COMPANY and HUMANA PHARMACY SOLUTIONS, INC.,<br>500 West Main Street<br>Louisville, Kentucky 40202<br><br>        Respondents. | Civil Action No. 1:22-cv-307-ACR |

## **WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE COURT:

    Please withdraw my appearance as counsel of record for Respondents Humana Health Plan, Inc., Humana Insurance Co., and Humana Pharmacy Solutions, Inc. in the above-captioned matters.

Dated:  June 12, 2023

                                                              Respectfully submitted,

                                                              */s/Aryeh S. Portnoy*
                                                              Aryeh S. Portnoy
                                                              Crowell & Moring LLP
                                                              1001 Pennsylvania Ave N.W.
                                                              Washington, DC 20004
                                                              Telephone: (202) 624-2806
                                                              *aportnoy@crowell.com*

                                                              *Attorney for Humana Health Plan, Inc., et al.*

## **CERTIFICATE OF SERVICE**

I, Aryeh S. Portnoy, hereby certify that the foregoing **Withdrawal of Appearance** was served on all counsel of record via ECF on June 12, 2023.

Dated:  June 12, 2023                                         /s/ Aryeh S. Portnoy
                                                                             Aryeh S. Portnoy