UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

WALGREEN CO.,
200 Wilmot Road
Deerfield, Illinois 60015

   Petitioner,

v.

HUMANA HEALTH PLAN, INC., HUMANA
INSURANCE COMPANY and HUMANA
PHARMACY SOLUTIONS, INC.,
500 West Main Street
Louisville, Kentucky 40202

   Respondents.

Civil Action No. 1:22-cv-307-ACR

**SCHEDULING ORDER**

The Court, having reviewed the parties' Joint Motion to Enter Proposed Scheduling Order,

**HEREBY ORDERS THAT**:

The parties' Joint Motion to Enter Proposed Scheduling Order is **GRANTED**.

It is further **ORDERED** that:

1. By June 16, 2023, the parties shall submit to the Court a proposed protective order and a proposed non-waiver order as to privilege under Federal Rule of Evidence 502(d).

2. By June 26, 2023, pursuant to the Court's June 12, 2023 email to the parties, the parties shall submit to the Court a subset of documents that Walgreens previously proposed to share with the Court.

3. By June 30, 2023, the parties may move to seek discovery in this case related to Walgreens' forthcoming Second Amended Petition to Vacate and Respondents' forthcoming Second Amended Motion to Confirm (together, the Second Amended Filings).

4. By July 11, 2023, the parties shall file briefs on the effect of a decision in this proceeding on *Walgreen Co. v. Crowell & Moring LLP* (Crowell), No. 2021 000861 B (Sup. Ct. D.C.) (the D.C. Superior Court Action) and vice versa.

5. By July 25, 2023, the parties shall file response briefs on the effect of a decision in this proceeding on the D.C. Superior Court Action and vice versa.

6. The parties will endeavor in good faith to complete by August 31, 2023 fact discovery in the D.C. Superior Court Action and in this action sufficient for the Court to decide the Rule 1.9 issue and other grounds raised in the Second Amended Filings.

7. By September 27, 2023, the parties shall file briefs on whether Crowell has violated Rule 1.9. The parties may file some or all of their briefs and/or accompanying exhibits under seal, provided that if they elect to do so, they file a motion to seal by October 4, 2023.

8. By October 27, 2023, the parties shall file response briefs on whether Crowell has violated Rule 1.9. The parties may file some or all of their briefs and/or accompanying exhibits under seal, provided that if they elect to do so, they file a motion to seal by November 3, 2023.

9. By Walgreens previously having filed its Petition to Vacate (Dkt. No. 1) and its Amended Petition to Vacate (Dkt. No. 30), Walgreens has satisfied the timing requirement set forth in 9 U.S.C. § 12 that "[n]otice of a motion to vacate . . . an award must be served upon the adverse party or his attorney within three months after the award is filed or delivered."

Dated: June 26, 2023

   /s/ Ana C. Reyes
HON. ANA C. REYES
UNITED STATES DISTRICT JUDGE