UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WALGREEN CO., <br> 200 Wilmot Road <br> Deerfield, Illinois 60015 <br><br> Petitioner, <br><br> v. <br><br> HUMANA HEALTH PLAN, INC., HUMANA INSURANCE COMPANY and HUMANA PHARMACY SOLUTIONS, INC., <br> 500 West Main Street <br> Louisville, Kentucky 40202 <br><br> Respondents. | Civil Action No. 1:22-cv-307-ACR |

## SCHEDULING ORDER

The Court **HEREBY ORDERS THAT:**

1. **June 30, 2023 – Motions To Seek Discovery In This Court:** The parties will move by this date to seek discovery in this case related to Walgreens' Second Amended Petition to Vacate (Dkt. No. 64), as well as Walgreens' forthcoming Third Amended Petition to Vacate, and Respondents' forthcoming Second Amended Motion to Confirm (together, the Forthcoming Filings).

2. **July 18, 2023 – Affirmative Briefing Related To Interplay With D.C. Superior Court Action:** The parties shall file briefs on the effect of a decision in this proceeding on *Walgreen Co. v. Crowell & Moring LLP* (Crowell), No. 2021 000861 B (Sup. Ct. D.C.) (the D.C. Superior Court Action) and vice versa.

3. **August 1, 2023 – Responsive Briefing Related To Interplay With D.C. Superior Court Action:** The parties shall file response briefs on the effect of a decision in this proceeding on the D.C. Superior Court Action and vice versa.

4. **August 31, 2023 – Anticipated Completion Of Fact Discovery Relevant To Walgreens' Second Amended Petition To Vacate:** The parties anticipate completion of fact discovery in the D.C. Superior Court Action and in this action sufficient for the Court to decide the Rule 1.9 issue and other grounds raised in Walgreens' Second Amended Petition to Vacate.

5. **September 27, 2023 – Affirmative Briefing Related To The Rule 1.9 Issue:** The parties shall file briefs on whether Crowell has violated Rule 1.9. The parties may file some or all of their briefs and/or accompanying exhibits under seal, provided that if they elect to do so, they file a motion to seal by October 4, 2023.

6. **October 27, 2023 – Responsive Briefing Related To The Rule 1.9 Issue:** The parties shall file response briefs on whether Crowell has violated Rule 1.9. The parties may file some or all of their briefs and/or accompanying exhibits under seal, provided that if they elect to do so, they file a motion to seal by November 3, 2023.

7. **November 8-9, 2023 – Hearing Related To The Rule 1.9 Issue:** The Court will conduct a hearing on the Rule 1.9 issue.

8. **21 Days After The Court Issues Its Ruling On Whether Crowell Has Violated Rule 1.9:** The parties shall submit their Forthcoming Filings. The parties may file some or all of their Forthcoming Filings and/or accompanying exhibits under seal, provided that if they elect to do so, they file a motion to seal one week after the date the Forthcoming Filings are submitted.

9. **30 Days After The Forthcoming Filings:** The parties shall file responses to the other party's Forthcoming Filing. The parties may file some or all of their responses to the other party's Forthcoming Filings and/or accompanying exhibits under seal, provided that if they elect to do so, they file a motion to seal one week after the date the responses to the other party's Forthcoming Filings are submitted.

10. **21 Days After Responses To The Forthcoming Filings:** The parties shall file replies to support their Forthcoming Filings. The parties may file some or all of their replies to support their Forthcoming Filings and/or accompanying exhibits under seal, provided that if they elect to do so, they file a motion to seal one week after the date the replies to support their Forthcoming Filings are submitted.

11. By Walgreens previously having filed its Petition to Vacate (Dkt. No. 1), and its Amended Petition to Vacate (Dkt. No. 30), as well having now filed its Second Amended Petition to Vacate (Dkt. No. 64), Walgreens has satisfied the timing requirement set forth in 9 U.S.C. § 12 that "[n]otice of a motion to vacate . . . an award must be served upon the adverse party or his attorney within three months after the award is filed or delivered."

Dated: June 27, 2023                    /s/ Ana C. Reyes
                                        HON. ANA C. REYES
                                        UNITED STATES DISTRICT JUDGE