UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WALGREEN CO.**,<br>200 Wilmot Road<br>Deerfield, Illinois 60015<br><br>    *Petitioner,*<br><br>  v.<br><br>**HUMANA HEALTH PLAN, INC.; HUMANA INSURANCE COMPANY; and HUMANA PHARMACY SOLUTIONS, INC.;**<br>500 West Main Street<br>Louisville, Kentucky 40202<br><br>    *Respondent*s. | Civil Action No. 1:22-cv-00307<br>The Hon. Ana C. Reyes |

## ORDER ON MOTIONS FOR DISCOVERY

  The Court has reviewed the motions for discovery submitted by both parties [Dkt. 67, 68] and based on the motions and communications with the parties, the Court understands that the parties have agreed on certain matters, which are acceptable to the Court. It is therefore ORDERED that:

1. On or before July 13, 2023, the parties may serve jointly prepared subpoenas on JAMS and on the American Arbitration Association as described in their motions.

2. The parties have agreed to forgo response and reply briefs on the motions and to proceed directly to hearing at a time the Court will schedule. By further agreement, two business days before the scheduled hearing, the parties shall file a joint submission outlining (1) each discovery request, other than those that will be addressed in the parties' jointly prepared subpoenas, (2) the party making the request, (3) whether the request has already been made in the D.C. Superior Court action, and how the D.C. Superior Court or the special master ruled upon it, and (4) the parties' position on each request, including each party's statement of the reasons for any opposition or for permitting the request in this action. To the extent any exhibit cited in that submission is under seal in the D.C. Superior Court, it may be filed under seal in this Court and noted in the joint submission.

Dated: July 6, 2023

/s/
_____
Hon. Ana C. Reyes
District of Columbia District Judge