<div style="text-align:center">

**<u>EXHIBIT F</u>**

*Walgreen Co. v. Humana Health Plan, Inc., et al.*

**Case No. 22-cv-307-ACR**

**United States District Court for the District of Columbia**

</div>

<a>
</a>

<a/>



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Randall W Jackson
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York NY  10019

| **Walgreen Co** | **2021-CA-000861-B** |
|---|---|
| *Plaintiff/Petitioner* | *Case Number* |
| v. | |
| **Crowell & Moring LLP** | **Todd E Edelman** |
| *Defendant/Respondent* | *Judicial Officer* |

### SHORT ORDER

On 07/11/2023, the following order was entered by the court:

Effective immediately, this case is transferred to the Honorable Carl E. Ross on Civil 2, Calendar 1.  All hearings will be held in Courtroom 200.  The courtroom can be accessed virtually at https://dccourts.webex.com/meet/ctb200 or by calling 844-992-4726 and entering meeting ID 179 813 6225.

This notice is being sent in accordance with Super. Ct. Civ. R. 77(d).

Case 1:22-cv-00307-ACR   Document 89-4   Filed 07/17/23   Page 3 of 3