# EXHIBIT 1

*Walgreen Co. v. Humana Health Plan, Inc., et al.*

**Case No. 22-cv-307-ACR**

**United States District Court for the District of Columbia**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| **GREENHOUSE HOLDINGS, LLC** | ) |
| | ) |
| **Plaintiff/Counter-Defendant,** | ) |
| | ) |
| v. | ) |
| | ) |
| **INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 91,** | ) ) ) ) |
| | ) CASE NO. 4:21-cv-29-JHM |
| **Defendant/Counterplaintiff.** | ) |
| | ) |
| v. | ) |
| | ) |
| **CLEARVIEW GLASS AND GLAZING CONTRACTORS OF TENNESSEE, LLC** | ) ) ) |
| **Counter-Defendant** | ) |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff/Counter-Defendant Greenhouse Holdings, LLC (hereinafter "Greenhouse"), Defendant/Counter-Plaintiff International Union of Painters and Allied Trades District Council 91 (hereinafter "the Union"), and Counter-Defendant Clearview Glass and Glazing Contractors of Tennessee, LLC ("Clearview TN"), as evidenced by the signature of their respective counsel below, state that the parties have compromised and settled all matters and issues in controversy which were or could have been raised by and between them in connection with this case, that they have compromised and settled solely for the resolution of doubtful and disputed claims and for avoiding the expense of litigation, and that they agree that this case should be dismissed with

1

prejudice.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims made by Greenhouse against the Union and all claims made by the Union against Greenhouse and Clearview TN therein are hereby DISMISSED with prejudice. The parties will bear their own discretionary costs and attorney's fees. Any unpaid court costs shall be split between the parties.

Entered: __February 28, 2023__

*Joseph H. McKinley*

Joseph H. McKinley Jr., Senior Judge
United States District Court

**APPROVED FOR ENTRY BY:**

/s/*Robert D. Martin*
Robert D. Martin (#034338)
5141 Virginia Way, Ste 320
Brentwood, TN 37027
615-229-7499 (office)
615-229-7498 (fax)
www.meridian.law
robert.martin@meridian.law
*Attorneys for Greenhouse and Clearview TN*


/s/*Kera L. Paoff (w/permission RDM)*
Kera L. Paoff (#0082674)
Widman & Franklin, LLC
405 Madison Ave, Suite 1550
Toledo, Ohio 43604
T: 4019-243-9005
F: 419-243-9404
kera@wflawfirm.com
*Attorney for the Union*

2