## EXHIBIT 2

*Walgreen Co. v. Humana Health Plan, Inc., et al.*

**Case No. 22-cv-307-ACR**

**United States District Court for the District of Columbia**

| | |
|---|---|
| **From:** | Kristovich, Bethany <Bethany.Kristovich@mto.com> |
| **Sent:** | Friday, November 17, 2023 12:22 PM |
| **To:** | Robinson, Rick |
| **Cc:** | Coleman, Selina P.; ZZ-Solberg, Scott C.; Engel, Megan F.; Anders, Ginger; Nguyen, Andrew |
| **Subject:** | Re: Briefing on Rule 81 |

**External E-Mail - FROM Bethany.Kristovich@mto.com <bethany.kristovich@mto.com>**

Correct.

> On Nov 17, 2023, at 10:14 AM, Robinson, Rick <FRobinson@reedsmith.com> wrote:
>
> Does this mean you are no longer interested in discussing an agreed schedule for the filing of short, supplemental briefs on the Rule 81 issue?
>
> Rick
>
> **From:** Kristovich, Bethany <Bethany.Kristovich@mto.com>
> **Sent:** Friday, November 17, 2023 12:03 PM
> **To:** Robinson, Rick <FRobinson@reedsmith.com>
> **Cc:** Coleman, Selina P. <SColeman@reedsmith.com>; ZZ-Solberg, Scott C. <ssolberg@eimerstahl.com>; Engel, Megan F. <MEngel@reedsmith.com>; Anders, Ginger <Ginger.Anders@mto.com>; Nguyen, Andrew <Andrew.Nguyen@mto.com>
> **Subject:** Re: Briefing on Rule 81
>
> **External E-Mail - FROM Bethany.Kristovich@mto.com <bethany.kristovich@mto.com>**
>
> Thanks, Rick. I understand Walgreens' position.
>
>> On Nov 16, 2023, at 2:55 PM, Robinson, Rick <FRobinson@reedsmith.com> wrote:
>>
>> Bethany,
>>
>> As you know, the parties previously checked for scheduling conflicts and jointly agreed to a hearing with Judge Reyes that would begin on January 25th.  Accordingly, we are surprised to receive a request from you, based on a scheduling issue that was not previously raised, that we ask Judge Reyes to schedule a hearing on your motion to dismiss before the 25th.  Even if the Judge were willing to accommodate such a request (which is doubtful since she has already told us that she is not going to rule on the motion to dismiss in advance of the hearing), this poses a significant problem for our client representative, who will be out of the country and unable to join proceedings until January 25th.  It also is impractical for Walgreens' counsel as it will divert our focus away

1

from the mediation as we devote resources to earlier-than anticipated hearing preparation.

We, of course, remain willing to continue discussing a supplemental briefing schedule issue without tying it to a modification of the hearing schedule.

Rick

**From:** Kristovich, Bethany <Bethany.Kristovich@mto.com>
**Sent:** Wednesday, November 15, 2023 11:41 AM
**To:** Robinson, Rick <FRobinson@reedsmith.com>
**Cc:** Coleman, Selina P. <SColeman@reedsmith.com>; ZZ-Solberg, Scott C. <ssolberg@eimerstahl.com>; Engel, Megan F. <MEngel@reedsmith.com>; Anders, Ginger <Ginger.Anders@mto.com>; Nguyen, Andrew <Andrew.Nguyen@mto.com>
**Subject:** RE: Briefing on Rule 81

External E-Mail - FROM Bethany.Kristovich@mto.com <bethany.kristovich@mto.com>

Rick,
Thanks for the note, and thanks for the discussion on Friday.  As you know, we think the time for making arguments in opposition to our motion has passed and that the proper procedure would be for Walgreens to seek leave to file a sur-reply.  We reserve the right to argue that the delay in raising this argument forfeits it.  That said, as I indicated, we are open to a compromise that avoids further burdening the Court with motion practice while the parties are attempting to resolve the matter.  We are okay in concept with the schedule and other limitations you lay out, but we would like to tie this to a request for a hearing between January 16 and 22 to accommodate Ginger's schedule and so we have to approach the Court only once on this topic.  Does that work for you?  If so, I can prepare a short stipulation or joint email to the Court for you to consider.
-Bethany

**From:** Robinson, Rick <FRobinson@reedsmith.com>
**Sent:** Monday, November 13, 2023 6:47 AM
**To:** Kristovich, Bethany <Bethany.Kristovich@mto.com>
**Cc:** Coleman, Selina P. <SColeman@reedsmith.com>; ZZ-Solberg, Scott C. <ssolberg@eimerstahl.com>; Engel, Megan F. <MEngel@reedsmith.com>
**Subject:** RE: Briefing on Rule 81

I'm hoping we can wrap this up today.  Thanks.

Rick

2

**Rick Robinson**
Partner
Life Sciences and Healthcare
*He/Him/His*

frobinson@reedsmith.com
D: +1 202.414.9259
M: +1 202.262.4268

**Reed Smith**
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005-3373
T: +1 202 414 9200
F: +1 202 414 9299
**reedsmith.com**

---

**From:** Robinson, Rick
**Sent:** Friday, November 10, 2023 9:28 AM
**To:** 'Kristovich, Bethany' <Bethany.Kristovich@mto.com>
**Cc:** Coleman, Selina P. <SColeman@reedsmith.com>; ZZ-Solberg, Scott C. <ssolberg@eimerstahl.com>; Engel, Megan F. <MEngel@reedsmith.com>
**Subject:** FW: Briefing on Rule 81

Bethany,

To follow up on our conversation yesterday, I would propose that we tell the court that we have agreed that Walgreens and Crowell will each submit a supplemental brief of no more than 4 pages on the issue of the impact of FRCP 81(a)(6)(B), if any, on Crowell's pending motion to dismiss. Walgreens would file its brief on December 1, and Crowell would file its brief on December 8. Please let me know your thoughts.

Scott, I copied you in so that you can let us know if you have any objections to this additional round of briefing or if you wish to participate in it for some reason.

Thanks.

**Rick Robinson**
Partner
Life Sciences and Healthcare
*He/Him/His*

frobinson@reedsmith.com
D: +1 202.414.9259
M: +1 202.262.4268

**Reed Smith**
1301 K Street, N.W.
Suite 1000 - East Tower

3

Washington, D.C. 20005-3373
T: +1 202 414 9200
F: +1 202 414 9299
**reedsmith.com**

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01

==================================================
Please be advised that this transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy or re-transmit this communication. If you have received this communication in error, please notify us by e-mail (helpdesk@wlrk.com) or by telephone (call us collect at 212-403-4357) and delete this message and any attachments.

Thank you in advance for your cooperation and assistance.
==================================================