UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WALGREEN CO.,<br><br>        Petitioner,<br><br>    v.<br><br>HUMANA HEALTH PLAN, INC.,<br>HUMANA INSURANCE COMPANY and<br>HUMANA PHARMACY SOLUTIONS, INC.,<br><br>        Respondents. | Civil Action No.: 1:22-cv-307-ACR<br>Judge Ana C. Reyes |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please take notice that undersigned counsel, Thomas G. Connolly, withdraws his appearance as counsel for Interested Party Crowell & Moring, LLP. Crowell will continue to be represented by other attorneys at HWG LLP and Munger, Tolles & Olson LLP who have entered appearances in this matter.

Dated: December 8, 2023

                                                Respectfully submitted,

                                                <u>/s/ Thomas G. Connolly</u>
                                                Thomas G. Connolly
                                                HWG LLP
                                                1919 M St. NW, 8th Floor
                                                Washington, DC 20036
                                                (202) 730-1300
                                                tconnolly@hwglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December 2023, a true and correct copy of this document was filed via the Court's CM/ECF system and thereby served on all counsel of record.

/s/ Thomas G. Connolly
Thomas G. Connolly
