# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WALGREEN CO.,<br><br>*Petitioner*,<br><br>v.<br><br>HUMANA HEALTH PLAN, INC.;<br>HUMANA INSURANCE COMPANY;<br>and HUMANA PHARMACY SOLUTIONS, INC.;<br><br>*Respondents*. | Civil Action No. 1:22-cv-00307 (ACR) |

## ORDER

Upon consideration of Walgreen Co.'s Motion to Dismiss with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), Dkt. 166, it is hereby

**ORDERED** that the Motion is **GRANTED**. And it is further

**ORDERED** that Walgreen Co.'s Second Amended Petition to Vacate Arbitration Award, Dkt. 65, and this action are **DISMISSED WITH PREJUDICE**.

The Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED.**

Dated: January 5, 2024

ANA C. REYES
United States District Judge